**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.   CASE NO.   3:01-cr-40-J-16HTS

**ARANAH MICHELE SINCLAIR**
_____/

**ORDER REVOKING SUPERVISED RELEASE**

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on July 26, 2005.  The defendant appeared with counsel, Lisa A. Call.  Also present was the Probation Officer and the Assistant United States Attorney Kathleen A. O'Malley.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release.  However, the Court will not impose incarceration; supervision is reinstated upon the original terms and conditions as contained in the Judgment and Commitment Order entered September 21, 2001 (Doc. #27), modified as follows:

1.   Supervision is continued until March 1, 2006.  As a condition of supervision, the Defendant shall reside in a halfway house/community corrections center until December 15, 2005 and thereafter shall serve ten (10) weekends in jail until March 1, 2006.  Weekends commence on Friday at 6:00 p.m. and end on Sunday at 6:00 p.m.

2.   Defendant shall be released from the halfway house/community corrections center, Monday through Friday to continue employment at Builders First.

3.	The restitution as ordered in the Judgment and Commitment Order shall remain in full force and effect with credit given for any amounts already paid by the defendant.

4.	All other terms and conditions of the original Judgment shall remain in effect.

**DONE AND ORDERED** at Jacksonville, Florida, this  26th  day of July, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
    Defendant c/o Counsel
    Lisa A. Call. - Counsel for Defendant
    Kathleen A. O'Malley - AUSA
    U.S. Marshal
    U.S. Probation