**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO.   3:01-cr-40-J-16HTS

**ARANAH MICHELE SINCLAIR**
_____/

## ORDER

Before the Court is the government's <u>Renewed Motion for Order of Liquidation</u> filed May 20, 2005 (Doc. # 51).  The United States Attorney is hereby ordered within thirty (30) days of the date of this order to provide to the Court an accounting of the amount of restitution owed in this case, showing all sums paid by the Defendant or any co-defendants in addition to the amount of the life insurance policy at issue including any interest that has accrued since the date of the insured's death.

**DONE AND ORDERED** at Jacksonville, Florida, this  26th   day of July, 2005.

JOHN H. MOORE II
United States District Judge

Copies to:
   Defendant c/o Counsel
   Lisa A. Call. - Counsel for Defendant
   Kathleen A. O'Malley - AUSA
   U.S. Marshal
   U.S. Probation