**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                    **CASE NO. 3:01-CR-40-J-16HTS**

**ARANAH MICHELLE SINCLAIR,**

      Defendant

      and

**MONUMENTAL LIFE INSURANCE
COMPANY, INSURANCE ADMINISTRATIVE
SERVICES,**

      Garnishee
_____/

## **ORDER**

On July 28, 2005 the Court entered an Order (Dkt. 56) addressing the government's Renewed Motion for Order of Liquidation (Dkt. 51). In the July 28, 2005 Order, the Court directed the United States Attorney to provide an accounting of the amount of restitution owed in this case, "showing all sums paid by the Defendant or any co-defendants in addition to the amount of the life insurance policy at issue including any interest that has accrued since the date of the insured's death." (Dkt. 56). On August 24, 2005, the government filed a Notice of the Accounting of Restitution Owed (Dkt. 57) and attached a declaration in support (Dkt. 58).

In the Notice of the Accounting of Restitution Owed (Dkt. 57), the government states that Defendant is the beneficiary of an Accidental Death Insurance Policy on the life of David Bailey

III, deceased, in the amount of $ 100,000.00 (Dkt. 57, ¶ 2). The declaration provides that a restitution judgment was entered against Defendant in the amount of $ 55,860.00 (Dkt. 58, ¶ 2). The declaration also provides that the Defendant and co-defendant have combined to make restitution payments in the amount of $ 3,751.00. Furthermore, the government notes that interest accrues at the rate of $ 3.81 per day and the surcharge continues to accrue at the rate of $ .38 per day. Consequently, the Notice of Accounting of Restitution Owed (Dkt. 57) lists Defendant's outstanding balance as of August 24, 2005 as being $ 57,266.72. The declaration, however, lists the outstanding balance, as of August 24, 2005, as $ 62,993.39. Apparently, the Notice of Accounting of Restitution Owed (Dkt. 57) did not factor in the ten percent surcharge assessed pursuant to 28 U.S.C. § 3011(a).

Based on the above, the Court finds the Defendant, as of September 27, 2005, has an outstanding restitution balance of $ 63,135.85. This balance shall be subtracted from the $ 100,000.00 life insurance policy for which Defendant was the named beneficiary. The remaining proceeds of the life insurance policy, $ 36,864.15, shall be delivered to Defendant.

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED**:

1. United States of America's Renewed Motion for Order of Liquidation (Dkt. 51) is **GRANTED.** Monumental Life Insurance Company, Insurance Administrative Services, the Garnishee, is **ORDERED** to liquidate Certificate of Insurance No. J03-5050330 in the name of David Bailey III, listing Defendant as the beneficiary, and to pay over to the United States $ 63,135.85.

2. Defendant's Motion for Clarification (Dkt. 39) is **DENIED as MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___27th___ day of September 2005.

copies:

Counsel of record

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge